Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiffs,
ROBERT MOSES & BROOKE MOSES

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| ROBERT MOSES & BROOKE MOSES, | Case No.: |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| WEST ASSET MANAGEMENT, INC., | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

## **PLAINTIFF'S COMPLAINT**

ROBERT MOSES & BROOKE MOSES (Plaintiffs), through their attorneys, KROHN & MOSS, LTD., allege the following against WEST ASSET MANAGEMENT, INC. (Defendant):

### **INTRODUCTION**

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### **JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiffs are natural persons residing in Tucson, Pima County, Arizona.

6. Plaintiffs are consumers as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiffs allegedly owe a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiffs.

8. Defendant is a collection agency and conducts business in Arizona.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Defendant constantly and continuously places collection calls to Plaintiffs seeking and demanding payment for an alleged debt.

11. Defendant places collection calls to Plaintiffs from telephone number, 209-800-1061.

12. Defendant informed Plaintiffs that if the debt was not paid the next day by 2:00pm, there would be "legal repercussions".

13. Defendant threatened to garnish Plaintiffs' wages.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress the Plaintiffs.

    b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiffs' telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiffs.

    c. Defendant violated *§1692e* of the FDCPA by making false, deceptive, and misleading representations in connection with the debt collection.

    d. Defendant violated *§1692e(4)* of the FDCPA threatening Plaintiffs that non-payment of the debt would result in wage garnishment.

    e. Defendant violated *§1692e(5)* of the FDCPA threatening to take legal action against Plaintiffs even though Defendant has not and does not intend to take such action.

WHEREFORE, Plaintiffs, ROBERT MOSES & BROOKE MOSES, respectfully request judgment be entered against Defendant, WEST ASSET MANAGEMENT, INC., for the following:

15. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

17. Any other relief that this Honorable Court deems appropriate.

### **DEMAND FOR JURY TRIAL**

Plaintiffs, ROBERT MOSES & BROOKE MOSES, demand a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  April 14, 2011                  KROHN & MOSS, LTD.

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

PLAINTIFF'S COMPLAINT