# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Moses & Brooke Moses,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>West Asset Management, Inc.,<br><br>　　　　　Defendant. | CV-11-00217-TUC-DCB<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS BROOKE MOSES' CLAIMS WITH PREJUDICE**<br><br>*(Assigned to the Honorable David C. Bury)* |

　　　　Based on the Joint Stipulation and Motion to Dismiss Brooke Moses' Claims with Prejudice filed in the above-captioned matter,

　　　　IT IS ORDERED that the motion to dismiss is GRANTED and Plaintiff Brooke Moses' claims are hereby dismissed in their entirety with prejudice. The parties will bear their own attorneys' fees and costs. All parties and claims now being resolved, this action is CLOSED.

　　　　Dated this 8th day of March, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　David C. Bury
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge